# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **Annette and Donald Smith** | * | |
| Plaintiff(s) | | |
| | * | |
| vs. | | Civil No.: WMN 00-3512 |
| | * | |
| **Warner-Lambert Co., et al** | | |
| Defendant(s) | * | |

******

## ORDER

A conditional transfer order having been issued by the Judicial Panel on Multidistrict Litigation, it is this 18th day of January, 2001,

ORDERED that this action be administratively closed subject to being reopened in the event that any party files an objection with the MDL Panel in accordance with the Panel's Rule 12.



William M. Nickerson
United States District Judge



# JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**CHAIRMAN:**
Judge Wm. Terrell Hodges
United States District Court
Middle District of Florida

**MEMBERS:**
Judge Louis C. Bechtle
United States District Court
Eastern District of Pennsylvania

Judge John F. Keenan
United States District Court
Southern District of New York

Judge Morey L. Sear
United States District Court
Eastern District of Louisiana

Judge Bruce M. Selya
United States Court of Appeals
First Circuit

Judge Julia Smith Gibbons
United States District Court
Western District of Tennessee

Judge D. Lowell Jensen
United States District Court
Northern District of California

**DIRECT REPLY TO:**
Michael J. Beck
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax:       [202] 502-2888

January 17, 2001

FILED ___ ENTERED
LODGED ___ RECEIVED

JAN 18 2001

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
                                    DEPUTY

James M. Parkison, Clerk
U.S. Courthouse
500 Pearl Street
New York, NY 10007

Re: MDL-1348 -- In re Rezulin Products Liability Litigation (No. VI)

(See Attached Schedule CTO-8)

Dear Mr. Parkison:

I am enclosing one certified copy and additional copies of a conditional transfer order filed by the Panel in the actions listed on the attached schedule on <u>December 29, 2000</u>. The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred." As stipulated in Rule 7.4(c) of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u>, 192 F.R.D. 459, 469, execution of the order has been stayed 15 days to give any party an opportunity to oppose the transfer if they wish to do so. The 15-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

A list of involved counsel is attached.

Very truly,

Michael J. Beck
Clerk of the Panel

By _____
      Deputy Clerk

Attachments

cc:   Transferee Judge:    Hon. Lewis A. Kaplan
      Transferor Judges:   (See Attached List of Judges)
      Transferor Clerks:   (See Attached List of Clerks)

JPML Form 38

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

DEC 2 9 2000

FILED
CLERK'S OFFICE

DOCKET NO. 1348

*BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION*

*IN RE REZULIN PRODUCTS LIABILITY LITIGATION*

*(SEE ATTACHED SCHEDULE)*

*CONDITIONAL TRANSFER ORDER (CTO-8)*

On June 9, 2000, the Panel transferred 19 civil actions to the United States District Court for the Southern District of New York for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. Since that time, more than 190 additional actions have been transferred to the Southern District of New York. With the consent of that court, all such actions have been assigned to the Honorable Lewis A. Kaplan.

It appears that the actions listed on the attached schedule involve questions of fact which are common to the actions previously transferred to the Southern District of New York and assigned to Judge Kaplan.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 192 F.R.D. 459, 468-69 (2000), the actions listed on the attached schedule are hereby transferred under 28 U.S.C. §1407 to the Southern District of New York for the reasons stated in the order of June 9, 2000, and, with the consent of that court, assigned to the Honorable Lewis A. Kaplan.

This order does not become effective until it is filed in the office of the Clerk of the United States District Court for the Southern District of New York. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Inasmuch as no objection is
pending at this time, the
stay is lifted.

JAN 1 7 2001

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Michael J. Beck
Clerk of the Panel

# SCHEDULE CTO-8 -- TAG ALONG CASES
## DOCKET NO. 1348
## IN RE REZULIN PRODUCTS LIABILITY LITIGATION

District Div Civil Action #

**ALABAMA MIDDLE**
ALM    1  00-1590    Hansen, etc. v. Warner-Lambert Co., et al.    opposed 1/16/01

**GEORGIA NORTHERN**
GAN    1  00-1203    James v. Parke-Davis, et al.    opposed 1/17/01

**IOWA SOUTHERN**
IAS    4  00-10610    Webb, et al. v. Pfizer, Inc., et al.
IAS    4  00-70647    Victoria, etc. v. Warner-Lambert Co., et al.

**ILLINOIS SOUTHERN**
ILS    3  00-882    Blunt-South v. Pfizer, Inc., et al.

**INDIANA SOUTHERN**
INS    1  00-1715    Gilliam, etc. v. Warner-Lambert Co.

**LOUISIANA EASTERN**
LAE    2  00-3348    McGilvary v. Parke-Davis, et al.
LAE    2  00-3397    Paleo v. Warner-Lambert Co., et al.

**MARYLAND**  WMN
MD    1  00-3512    Smith, et al. v. Warner-Lambert Co., et al.
MD    8  00-3540    Peggins, et al. v. Warner-Lambert Co.

**MISSISSIPPI NORTHERN**
MSN    2  00-263    Haynes v. Parke-Davis, et al.    Vacated 1/9/01

**MISSISSIPPI SOUTHERN**
MSS    4  00-192    Pruitt, et al. v. Pfizer, Inc., et al.
MSS    4  00-193    Skinner, et al. v. Pfizer, Inc., et al.    } opposed 1/10/01
MSS    4  00-194    Sanders, et al. v. Pfizer, Inc., et al.
MSS    4  00-195    Maxwell, et al. v. Pfizer, Inc., et al.
MSS    5  00-283    Wolfe, et al. v. Pfizer, Inc., et al.    opposed 1/16/01

**NORTH CAROLINA EASTERN**
NCE    7  00-231    Sibbett v. Pfizer, Inc., et al.

**NEVADA**
NV    2  00-1209    Anderson, et al. v. Warner-Lambert Co., et al.

**PENNSYLVANIA EASTERN**
PAE    2  00-5328    Hopkins v. Pfizer, Inc., et al.
PAE    2  00-5727    Varga, et al. v. Warner-Lambert Co., et al.

**SOUTH DAKOTA**
SD    5  00-5102    Horse v. Pfizer, Inc., et al.

**TEXAS SOUTHERN**
TXS    2  00-442    Lomas, et al. v. Pfizer, Inc., et al.
TXS    2  00-459    Hernandez v. Pfizer, Inc., et al.    opposed 1/16/01

**TEXAS WESTERN**
TXW    5  00-1215    Walden, et al. v. Pfizer, Inc., et al.

**VIRGINIA WESTERN**
VAW    1  00-146    Carter v. Warner-Lambert Co., et al.

**WEST VIRGINIA NORTHERN**
WVN    3  00-114    Warriner, et al. v. Pfizer, Inc., et al.

INVOLVED COUNSEL LIST (CTO-8)
DOCKET NO. 1348
IN RE REZULIN PRODUCTS LIABILITY LITIGATION

Fred W. Ajax, Jr.
Burr & Forman
600 West Peachtree Street, N.W.
One Georgia Center, Suite 1200
Atlanta, GA 30308

Zenobia Waters Arnold
Office of Zenobia J.W. Arnold
4327 Memorial Drive
Suite J
Decatur, GA 30032

B&O Pharmacy
316 N Jefferson Street
Macon, MS 39341

Jere L. Beasley
Beasley, Allen, Crow, Methvin,
Portis & Miles, P.C.
P.O. Box 4160
Montgomery, AL 36103

Ralph J. Bellafatto
Ortwein & Bellafatto
5201 William Penn Highway
Easton, PA 18045

Charles Borum
151 Jefferson Davis Blvd.
Suite G
Natchez, MS 39120

Brooksville Pharmacy
25 Main Street
Brooksville, MS 39739

Brad P. Brown
425 Hospital Drive
Suite 6
Columbus, MS 39701

Brett Brown
425 Hospital Drive
Suite 6
Columbus, MS 39701

Shirley C. Byers
Colom Law Firm
P.O. Box 866
Columbus, MS 39703

Byhalia Family Health
12 East Brunswick
Byhalia, MS 38611

David Casso
Flores, Casso & Pettitt
P.O. Box 2128
McAllen, TX 78505

Children's Clinic
1513 Lakeland Drive
Jackson, MS 39216

City Drug Store
314 S Jefferson Street
Macon, MS 39341

Clay County Family
c/o Thomas Adams
830 Medical Center Drive
West Point, MS 39773

C. York Craig, Jr.
Watkins, Ludlam, Winter &
Stennis, P.A.
633 North State Street
P.O. Box 427
Jackson, MS 39025

Mark W. Davis
Davis & Feder
P.O. Drawer 6829
Gulfport, MS 39506

Luke Dove
Dove & Chill
4266 I-55 North
Suite 108
Jackson, MS 39205

Michael Duckworth
Brooksville Medical Clinic
139 North Oliver
Brooksville, MS 39739

Frank C. Dudenhefer, Jr.
Cummings, Cummings &
Dudenhefer
416 Gravier Street
New Orleans, LA 70130

David C. Garza
Garza & Garza
P.O. Box 2025
Brownsville, TX 78522

James W. Gewin
Bradley, Arant, Rose & White
2001 Park Place
Suite 1400
Birmingham, AL 35203

William F. Goodman, III
Watkins & Eager
P.O. Box 650
Jackson, MS 39205

Michael A. Hackard
Hackard, Holt & Heller
11335 Gold Express Drive
Suite 155
Gold River, CA 95670

Joseph Hillman
Hillman Clinic
2401 5th Street, North
Columbus, MS 39701

Hillman Clinic
2401 5th Street, North
Columbus, MS 39701

INVOLVED COUNSEL LIST FOR SCHEDULE CTO-8 (Cont.) MDL 1348                PAGE 2

Robert K. Jenner
Greenberg & Bederman, L.L.P.
1111 Bonifant Street
Silver Spring, MD 20910

Alan R. Johns
3101 W. Charleston Blvd.
Suite C
Las Vegas, NV 89102

Therese M. Keeley
McCarter & English, LLP
One Commerce Square
2005 Market Street
Suite 3600
Philadelphia, PA 19103

Kroger Pharmacy
1829 Highway 45 North
Columbus, MS 39701

Lisa Laya
Byhalia Family Health Center
12 East Brunswick
Byhalia, MS 38611

Macon Primary Care
606 North Jefferson
Macon, MS 39341

Charles A. Mathis, Jr.
Middleton, Mathis, Adams & Tate
100 Peachtree Street, N.W.
The Equitable Building, Suite 1400
Atlanta, GA 30303

Medical Arts
504 Military Road
Columbus, MS 39701

Christian Clark Mester
Freeman & Jenner, P.C.
One Church Street
Suite 200
Rockville, MD 20850

Edwin Moak
P.O. Box 866
Brookhaven, MS 39601

George Moll
Children's Clinic, PLLC
1513 Lakeland Drive
Jackson, MS 39216

Diane Moran
Prentiss Clinic
P.O. Box 499
Prentiss, MS 39474

Larry Morris
Macon Medical Clinic
602 North Jefferson
Macon, MS 39341

Haider Naeem
Macon Primary Care Clinic
606 North Jefferson
Macon, MS 39341

Gregory Nunez
2104 5th Street, North
Columbus, MS 39701

Pfizer Pharmaceuticals
235 East 42nd Street
New York, NY 10017

Albert J. Rebennack, Jr.
Robert J. Caluda & Associates
1340 Poydras Street
Suite 2110
New Orleans, LA 70012

Rite Aid Pharmacy
1800 Highway 45 North
Columbus, MS 39701

Audrey Robertson
Macon Primary Care Clinic
606 North Jefferson
Macon, MS 39341

Denzil Robertson
Macon Primary Care Clinic
606 North Jefferson
Macon, MS 39341

Delia Y. Robinson
Markow, Walker, Reeves
599 Highland Coloney Parkway
Suite 100
P.O. Box 13669
Ridgeland, MS 39157

Rose Drug
137 Commerce Street
West Point, MS 39773

Jamie L. Sheller
Sheller, Ludwig & Badey
1528 Walnut Street
3rd Floor
Philadelphia, PA 19102

Arthur Sherman
Sherman, Salkow, Petoyan & Weber
11601 Wilshire Boulevard
Suite 675
Los Angeles, CA 90025

John Smoot
691 E Lee Street
Sardis, MS 38666

David Stewart
Stewart & Stewart
931 S. Rangeline Rd.
Carmel, IN 46032

James P. Streetman, III
Clark, Scott & Streetman
P.O. Box 13847
Jackson, MS 39236

Doyle Sumrall
255 Baptist Blvd.
Columbus, MS 39701

Mark A. Tate
Middleton, Mathis, Adams & Tate
The Butler House
622 Drayton Street
P.O. Box 10006
Savannah, GA 31412

INVOLVED COUNSEL LIST FOR SCHEDULE CTO-8 (Cont.) MDL 1348          PAGE 3

Mary L. Tate  
The Tate Law Firm  
110 Abingdon Place  
Abingdon, VA 24211  

Jack E. Urquhart  
Beirne, Maynard & Parsons  
Wells Fargo Bank Tower  
1300 Post Oak Blvd.  
24th Floor  
Houston, TX 77056  

John E. Waddell  
P.O. Box 7024  
Dothan, AL 36302  

Wal-Mart Pharmacy  
1913 Highway 45 North  
Columbus, MS 39701  

Wal-Mart Pharmacy  
1445 Highway 45 Alternate North  
West Point, MS 39773  

Chris J. Walker  
Markow, Walker, Reeves & Anderson  
P.O. Box 13669  
Jackson, MS 39236  

Lisa Weeks  
Macon Primary Care Clinic  
606 North Jefferson  
Macon, MS 39341  

Andrew M. W. Westerfield  
Westerfield & Janoush  
P.O. Box 1448  
Cleveland, MS 38732  

Wayne M. Willoughby  
Janet & Strausberg  
#8 Reservoir Circle  
Suite 200  
Baltimore, MD 21208  

Richard Winders  
Herrick, Langdon & Langdon  
1550 Financial Center  
666 Walnut Street  
Des Moines, IA 50309  

Winn-Dixie Pharmacy  
939 Alabama Street  
Columbus, MS 39701

INVOLVED JUDGES LIST (CTO-8)
DOCKET NO. 1348
IN RE REZULIN PRODUCTS LIABILITY LITIGATION

Hon. Richard H. Battey
Senior U.S. District Judge
318 Federal Building
515 Ninth Street
Rapid City, SD 57701

Hon. David C. Bramlette, III
U.S. District Judge
216 Federal Building
725 Martin Luther King, Jr. Blvd.
Biloxi, MS 39530

Hon. W. Craig Broadwater
U.S. District Judge
217 West King Street
Room 214
Martinsburg, WV 25401

Hon. Julie E. Carnes
U.S. District Judge
2167 Richard B. Russell Federal
Building & U.S. Courthouse
75 Spring Street, S.W.
Atlanta, GA 30303

Hon. Kent J. Dawson
U.S. District Judge
300 Las Vegas Blvd., South
Las Vegas, NV 89101

Hon. S. Hugh Dillin
Senior U.S. District Judge
255 U.S. Courthouse
46 East Ohio Street
Indianapolis, IN 46204

Hon. Stanwood R. Duval, Jr.
U.S. District Judge
C-368 U.S. Courthouse
500 Camp Street
New Orleans, LA 70130

Hon. Martin L.C. Feldman
U.S. District Judge
C-555 U.S. Courthouse
500 Camp Street
New Orleans, LA 70130

Hon. James C. Fox
U.S. District Judge
U.S. District Court
P.O. Box 2143
Wilmington, NC 28402

Hon. Hayden W. Head, Jr.
U.S. District Judge
U.S. Courthouse, 2nd Floor
521 Starr Street
Corpus Christi, TX 78401

Hon. Janis G. Jack
U.S. District Judge
319 U.S. Courthouse
521 Starr Street
Corpus Christi, TX 78401

Hon. James P. Jones
U.S. District Judge
P.O. Box 669
Abingdon, VA 24212

Hon. Marvin Katz
Senior U.S. District Judge
13613 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

Hon. Tom S. Lee
Chief Judge, U.S. District Court
110 James O. Eastland U.S.
Courthouse
245 East Capital Street
Jackson, MS 39201

Hon. Ronald E. Longstaff
Chief Judge, U.S. District Court
422 U.S. Courthouse
123 East Walnut Street
Suite 422
Des Moines, IA 50309

Hon. Vanzetta P. McPherson
U.S. Magistrate Judge
P.O. Box 1629
Montgomery, AL 36102

Hon. William M. Nickerson
U.S. District Judge
Edward A. Garmatz Fed. Bldg. &
U.S. Courthouse
101 West Lombard Street
Baltimore, MD 21201

Hon. W. Allen Pepper, Jr.
U.S. District Judge
United States District Court
Post Office Box 370
Greenville, MS 38702

Hon. Edward C. Prado
U.S. District Judge
John H. Wood, Jr., U.S. Courthouse
655 East Durango Boulevard
San Antonio, TX 78206

Hon. Michael J. Reagan
U.S. District Judge
U.S. Courthouse
750 Missouri Avenue
E. St. Louis, MO 63105

Hon. Berle M. Schiller
U.S. District Judge
U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

Hon. Harold D. Vietor
Senior U.S. District Judge
U.S. Courthouse
Suite 221
123 East Walnut Street
Des Moines, IA 50309

Hon. Alexander Williams, Jr.
U.S. District Judge
6500 Cherrywood Lane
Room 445A
Greenbelt, MD 20770

## INVOLVED CLERKS LIST (CTO-8)
## DOCKET NO. 1348
## IN RE REZULIN PRODUCTS LIABILITY LITIGATION

Arlen B. Coyle
P.O. Box 727
Oxford, MS 38655

David W. Daniel
U.S. District Court
P.O. Box 25670
Raleigh, NC 27611

Debra P. Hackett
U.S. District Court
P.O. Box 711
Montgomery, AL 36101

Felicia C. Cannon
U.S. Courthouse, 2nd Floor
6500 Cherrywood Lane
Greenbelt, MD 20770

Felicia C. Cannon
Edward A. Garmatz Federal
Building & U.S. Courthouse
101 W. Lombard Street
Baltimore, MD 21201

J.T. Noblin
316 James O. Eastland U.S. Courthouse
245 East Capitol Street
Jackson, MS 39201

James R. Rosenbaum
P.O. Box 9344
Des Moines, IA 50306

Joseph A. Haas
302 Federal Building
515 Ninth Street
Rapid City, SD 57701

Lance S. Wilson
Lloyd D. George U.S.
Courthouse, Room 1334
333 Las Vegas Boulevard, South
Las Vegas, NV 89101

Laura A. Briggs
105 U.S. Courthouse
46 East Ohio Street
Indianapolis, IN 46204

Loretta G. Whyte
C-151 U.S. Courthouse
500 Camp Street
New Orleans, LA 70130

Luther D. Thomas
2211 Richard B. Russell Fed. Bldg. &
U.S. Courthouse
75 Spring Street, S.W.
Atlanta, GA 30303

Michael E. Kunz
2609 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

Michael N. Milby
101 U.S. Courthouse
521 Starr Street
Corpus Christi, TX 78401

Morgan E. Scott, Jr.
P.O. Box 398
Abingdon, VA 24210

Norbert G. Jaworski
P.O. Box 249
E. St. Louis, IL 62202

Wally A. Edgell
P.O. Box 2958
255 W. King Street
Martinsburg, WV 25401

William G. Putnicki
John H. Wood, Jr., U.S. Courthouse
655 East Durango Boulevard
San Antonio, TX 78206